# In the United States Court of Federal Claims

**No. 06-938L**

**(Filed February 26, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * *
**TONKAWA TRIBE OF INDIANS,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Parties' Joint Motion For Temporary Stay of Litigation filed on February 23, 2007, is ALLOWED. The following is hereby ordered:

1. This case is hereby STAYED until February 27, 2008.

2. The parties shall file a joint status report on or before February 27, 2008, concerning further proceedings in this case, and of plaintiff's companion case, *Tonkawa Tribe of Indians v. Kempthorne*, No. 06-cv-01435-F (W.D. Okla.), and making a proposal to the court about whether and how to proceed with this case..

3. Either party may seek to terminate the temporary stay of litigation and reinstate the litigation, at any time between the date of the entry of the court's order and February 27, 2008, by providing 30 days' advance notice to the other party and then filing a motion with the court, both of which will set forth the grounds for the request to terminate the temporary stay and the reinstatement of litigation.

4. Within 15 days of the court's order terminating the stay of litigation and reinstating the litigation, or as part of the joint status report filed on or before February 27, 2008, the parties shall submit their proposal regarding the deadlines for such items as the amendment by plaintiff of its Complaint, if any; the filing by defendant of its Answer or

response to the Complaint (or Amended Complaint, if any); and the filing of the parties' Joint Preliminary Status Report (JPSR) pursuant to RCFC Appendix A, ¶ 4.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**