# In the United States Court of Federal Claims

**No. 06-938L**

**(Filed March 5, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * *
*
**TONKAWA TRIBE OF INDIANS,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiff's Motion To Substitute Lead Counsel, filed on March 2, 2007, is ALLOWED. Kennis M. Bellmard II shall be substituted as lead counsel in place of the previous lead counsel Timothy M. Larason for the plaintiff in this case.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**