# In the United States Court of Federal Claims

**No. 06-938L**

**(Filed April 4, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * *

**TONKAWA TRIBE OF INDIANS,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiff's Amended Complaint filed on March 23, 2007 shall be filed by Leave of the Judge. Because this matter has been stayed until February 27, 2008, no further action is required until the stay is lifted.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**