# In the United States Court of Federal Claims

**No. 06-CV-938L**

**(Filed March 4, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **TONKAWA TRIBE OF INDIANS,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Status Report, filed on February 27, 2008, the following is hereby ordered:

1. The stay is this case is LIFTED.

2. Plaintiff shall file its amended complaint by Friday, March 21, 2008.

3. Defendant shall file it's answer or response to plaintiff's amended complaint by Tuesday, May 20, 2008.

4. A reply shall be filed in accordance with the rules of the U.S. Court of Federal Claims.

5. The parties shall file a Joint Preliminary Status Report by Wednesday, July 2, 2008.

IT IS SO ORDERED.

s/Bohdan A. Futey
**BOHDAN A. FUTEY**
**Judge**