# In the United States Court of Federal Claims

**No. 06-938L**

**(Filed May 21, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **TONKAWA TRIBE OF INDIANS,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

Defendant's Motion For Enlargement Of Time Within Which To File Its Answer Or 12(B) Motion, filed on May 19, 2008, is ALLOWED. Defendant shall file its answer or response to plaintiff's amended complaint by Tuesday, June 3, 2008. A reply shall be filed in accordance with the Rules of the U.S. Court of Federal Claims, and the parties shall file a Joint Preliminary Status Report by Wednesday, July 22, 2008.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**