# In the United States Court of Federal Claims

**No. 06-938L**

**(Filed July 24, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * *
*
**TONKAWA TRIBE OF INDIANS,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the Joint Preliminary Status Report filed on July 22, 2008, a telephonic conference concerning further proceedings shall be held on Thursday, August 7, 2008 at 2:30 p.m. The Court will initiate the call.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**