IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TONKAWA TRIBE OF INDIANS of OKLAHOMA, | ) | |
| Plaintiff, | ) | Case No. 06-938-BAF |
| v. | ) | Sr. Judge Bohdan A. Futey |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION**

Defendant United States of America respectfully submits this Motion to Dismiss claims I, II, III, and VI because Plaintiff's actions divested this Court of subject matter jurisdiction under 28 U.S.C. § 1500.

WHEREFORE, Defendant respectfully requests this Court to dismiss Tonkawa Tribe of Indians of Oklahoma's Claims I, II, III, and VI.

Dated: August 4, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

*s/ Terry M. Petrie*

TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1369
Fax: (303) 844-1350
Terry.Petrie@usdoj.gov

Attorney of Record for Defendant

OF COUNSEL:

JARED S. PETTINATO
ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663

SHANI N. WALKER
JOSHUA EDELSTEIN
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Dismiss was served on August 4, 2008, by Electronic Case Filing, on the following counsel:

Kennis M. Bellmard, II
Andrews Davis, P.C.
100 North Broadway
Suite 3300
Oklahoma City, OK 73012

*Counsel for Plaintiff*

*s/ Terry M. Petrie*
TERRY M. PETRIE