# In the United States Court of Federal Claims

**No. 06-938L**

**(Filed September 4, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * *

**TONKAWA TRIBE OF INDIANS,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephonic conference held on this day, the following is hereby ordered:

1. The Joint Motion To Extend Briefing Deadlines Related To Defendant's Motion To Dismiss, filed on August 18, 2008, is ALLOWED. Plaintiff's response to defendant's motion to dismiss shall be filed by Monday, October 6, 2008.

2. Defendant's reply shall be filed by Thursday, October 23, 2008.

3. In addition, the parties are directed to file a joint status report concerning further proceedings as discussed during the telephonic conference by Monday, October 6, 2008.

IT IS SO ORDERED.

s/Bohdan A. Futey
**BOHDAN A. FUTEY**
**Judge**